1  Stan Casper (State Bar No. 56705)
   **CASPER, MEADOWS, SCHWARTZ & COOK**
2  A Professional Corporation
   California Plaza
3  2121 North California Blvd., Suite 1020
   Walnut Creek, California 94596
4  Telephone:    (925) 947-1147
   Facsimile:    (925) 947-1131
5
   Toni Lisoni (Bar No. 124850)
6  1725 Canyon Run
   Healdsburg, CA 95448
7  Telephone: (707) 473-0158

8  Attorneys for Plaintiffs

9

10                   UNITED STATES DISTRICT COURT

11            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14  SUSAN BELL; MARIE ANNETTE DIDIER;
    DENNIS M. LICKTEIG; DENISE NOACK;          **Case No. C04-4031 EMC**
15  DANNY CARTER; LINDSEY MURRAY;

               Plaintiffs,
16                                             **STIPULATION AND ORDER**
17  vs.                                        **TO DISMISS ENTIRE ACTION**

18  CITY OF WALNUT CREEK, a Municipal
    Corporation; SCOTT DENISON; and GARY
    POKORNY,
19
               Defendants.
20

21
         IT IS HEREBY STIPULATED by and between the parties herein, through their
22
    respective counsel, that the Court be requested to enter a Dismissal with prejudice of the
23
    entire action in the above-captioned case.
24

25

26  Dated:_____Dec. 5, 2005_____        _____
                                          Stan Casper
27                                        **CASPER, MEADOWS, SCHWARTZ & COOK**
                                          Attorneys for Plaintiff
28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation and Order to Dismiss Action                                    Page 1

Dated: 12/6/05

Scott Oborne, Esq.
JACKSON LEWIS LLP
Attorneys for Defendants

## ORDER

The parties hereto having so stipulated,

IT IS HEREBY ORDERED that this action is Dismissed with prejudice in its entirety.

Dated:      December 8, 2005

Judge of the                            t

Judge Edward M. Chen

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

Stipulation and Order to Dismiss Action

Page 2